UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

TIM HICKEY                                               CIVIL ACTION NO. 14-2493

VERSUS                                                   JUDGE S. MAURICE HICKS, JR.

CITY OF SHREVEPORT, ET AL.                               MAGISTRATE JUDGE HAYES

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Complaint (Record Document 1-2) be and is hereby **DISMISSED WITH PREJUDICE** in accordance with Federal Rules of Civil Procedure 16(f) and 41(b).

**THUS DONE AND SIGNED** in chambers, Shreveport, Louisiana, this 2nd day of December, 2014.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE